**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **ADAM JOE YOUNG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | No. 2:13-00070 |
| | ) | **Judge Sharp** |
| **CAROLYN W. COLVIN,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

In this case requesting judicial review of the denial of Supplemental Security Insurance, Plaintiff Adam Joe Young has filed a Motion for Judgment on the Administrative Record. The Magistrate Judge has entered a Report and Recommendation ("R & R"), recommending that Plaintiff's Motion be denied and the decision of the Commissioner be affirmed. Having under taken *de novo* review of the entire matter in accordance with Rule 72 of the Federal Rules of Civil Procedure, including consideration of the administrative record, the Court finds that the R & R is the correct decision and properly applies the governing law.

In deciding to approve the R & R, the Court has considered the two objections raised by Plaintiff. First, he argues the Administrative Law Judge ("ALJ") erred in rejecting or discounting his complaints of pain. Second, Plaintiff argues the ALJ erred by not thoroughly discussing Plaintiff's obesity and the impact it had on his disability.

The objections are abbreviated versions of the same two arguments Plaintiff presented in his Motion for Judgment on the Administrative Record. The Magistrate Judge thoroughly discussed

and rejected those arguments (Docket No. 22 at 7-17), and the Court finds no error in that analysis.

Accordingly, the Court hereby rules as follows:

(1) The R & R (Docket No. 22) is ACCEPTED and APPROVED;

(2) Plaintiff's Motion for Judgment on the Administrative Record (Docket No. 19) is DENIED; and

(3) The Commissioner's decision denying benefits is AFFIRMED.

The Clerk of the Court shall enter a final judgment in accordance with Rule 72 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE